# EXHIBIT “A”

CRAIG A. FALCONE, ESQUIRE
Attorney I.D. No. 90730
Sacchetta and Falcone
308 East Second Street
Media, PA 19063
610-891-2797

*This is not an arbitration matter. Jury trial is demanded.*

Filed and Attested by the Office of Judicial Records 16 DEC 2025 02:20 pm L. BREWINGTON

Attorney for plaintiff

LINDA COLLINS
911 C George Street
Easton, PA 18042
*Plaintiff,*

v.

SAM'S WEST INC. d/b/a SAM'S CLUB
2101 SE Simple Savings Dr.
Bentonville, AR 72712
and
EASTON SAM'S CLUB #6567
3796 Nazareth Road
Easton, PA 18045
and
WAL-MART STORES, INCORPORATED
702 Southwest 8th St.
Bentonville, AR 72712
and
WAL-MART STORES EAST, LP
702 Southwest 8th St.
Bentonville, AR 72712
and
GEMSTONE RESOURCES LP
3 Manhattanville Road
Purchase, NY 10577
and
WALLINGFORD ONE HOLDINGS LP
3 Manhattanville Road
Purchase, NY 10577
and
NATIONAL REALTY AND DEVELOPMENT CORPORATION
225 Liberty Street, 31st Floor
New York, NY 10281
and
JANE DOE #1
and

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PA
CIVIL ACTION- LAW

JOHN DOE #1 :
and :
JOHN DOE CORPORATION :
*Defendants.* :

**NOTICE TO DEFEND**

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Philadelphia County Bar Association
Lawyers Referral and Information Service
1 Reading Center
Philadelphia, PA 19107
[215] 238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas on las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una compareencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

**LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E Informacion Lega
One Reading Center
Filadelfia,Pennsylvania 19107
Telef.: [215] 238-1701

CRAIG A. FALCONE, ESQUIRE
Attorney I.D. No. 90730
Sacchetta and Falcone
308 East Second Street
Media, PA 19063
610-891-2797

*This is not an arbitration matter. Jury trial is demanded.*

Attorney for plaintiff

---

| | | |
|---|---|---|
| LINDA COLLINS<br>911 C George Street<br>Easton, PA 18042<br>*Plaintiff,*<br><br>v.<br><br>SAM'S WEST INC. d/b/a SAM'S CLUB<br>2101 SE Simple Savings Dr.<br>Bentonville, AR 72712<br>and<br>EASTON SAM'S CLUB #6567<br>3796 Nazareth Road<br>Easton, PA 18045<br>and<br>WAL-MART STORES, INCORPORATED<br>702 Southwest 8th St.<br>Bentonville, AR 72712<br>and<br>WAL-MART STORES EAST, LP<br>702 Southwest 8th St.<br>Bentonville, AR 72712<br>and<br>GEMSTONE RESOURCES LP<br>3 Manhattanville Road<br>Purchase, NY 10577<br>and<br>WALLINGFORD ONE HOLDINGS LP<br>3 Manhattanville Road<br>Purchase, NY 10577<br>and<br>NATIONAL REALTY AND DEVELOPMENT CORPORATION<br>225 Liberty Street, 31st Floor<br>New York, NY 10281 | : | IN THE COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PA<br>CIVIL ACTION- LAW |

and :
JANE DOE #1 :
and :
JOHN DOE #1 :
and :
JOHN DOE CORPORATION :
*Defendants.* :

**PLAINTIFF'S COMPLAINT**

AND NOW, comes the Plaintiffs, by and through their attorney, Craig A. Falcone, Esquire and respectfully represents as follows:

1. Plaintiff, Linda Collins, is an adult individual residing at 911 C George Street, Easton, PA 18042.

2. Defendant, Sam's West Inc. d/b/a Sam's Club, is a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the law of the State of Pennsylvania, with corporate headquarters located at 2101 SE Simple Savings Drive, Bentonville, AR 72712.

3. Defendant, Easton Sam's Club #6567 is a retail establishment located at 3796 Nazareth Road, Easton, PA 18045.

4. Defendant, Wal-Mart Stores, Incorporated, is a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the law of the State of Pennsylvania, with corporate headquarters located at 702 Southwest 8th St., Bentonville, AR 72712. Defendant Wal-Mart Stores, Incorporated regularly conducts business in Philadelphia County.

5. Defendant, Wal-Mart Stores East, LP, is a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the law of the State of Pennsylvania,



Case ID: 251202244

with corporate headquarters located at 702 Southwest 8th St., Bentonville, AR 72712. Defendant Wal-Mart Stores East, LP regularly conducts business in Philadelphia County.

6. Defendant, Gemstone Resources, LP, is a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the law of the State of Pennsylvania, with corporate headquarters located at 3 Manhattanville, Road, Purchase, NY 10577. Defendant Gemstone Resources, LP regularly conducts business in Philadelphia County.

7. Defendant, Wallingford One Holdings, LP, is a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the law of the State of Pennsylvania, with corporate headquarters located at 3 Manhattanville Road, Purchase, NY 10577. Defendant Wallingford One Holdings, LP regularly conducts business in Philadelphia County.

8. Defendant, National Realty and Development Corporation, corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the law of the State of Pennsylvania, with corporate headquarters located at 225 Liberty Street, 31st Floor, New York, NY 10281. Defendant National Realty and Development Corporation regularly conducts business in Philadelphia County.

9. Defendant, Jane Doe #1 is an individual who is responsible for the cleaning and maintenance of the interior of the property located at 3796 Nazareth Road, Easton, PA 18045, on the date of this incident.

10. Jane Doe #1's identity is currently unknown after reasonable investigation.

11. Defendant, John Doe #1 is an individual who is responsible for the cleaning and maintenance of the interior of the property located at 3796 Nazareth Road, Easton, PA 18045, on the date of this incident.

12. John Doe #1's identity is currently unknown after reasonable investigation.

13. Defendant, John Doe Corporation #1 is a corporation that is responsible for the cleaning and maintenance of the interior of the property located at 3796 Nazareth Road, Easton, PA 18045, on the date of this incident.

14. John Doe Corporation #1's identity is currently unknown after reasonable investigation.

15. At all times relevant hereto, defendants were in the exclusive possession, management and control of the aforementioned Easton Sam's Club #6567.

16. On or about October 25, 2025, Plaintiff was a patron at Defendants store when she was caused to trip and fall and sustain injuries as a result of a dangerous, defective condition located on defendants premises. (i.e., misplaced pallet).

**COUNT I**

**Plaintiff, Linda Collins v. Defendants, Sam's West, Inc. d/b/a Sam's Club, Easton Sam's Club #6567, Wal-Mart Stores, Incorporated Wal-Mart Stores East, LP, Gemstone Resources LP, Wallingford One Holdings, LP, National Realty and Development Corporation, Jane Doe #1, John Doe #1 and John Doe Corporation**

17. Plaintiffs incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

18. The incident and resulting injuries to plaintiffs were caused by the negligence of defendants, acting by and through its agents, servants, workmen and employees.

19. Such negligence and carelessness consisted of the following, which includes, but is not limited to:



Case ID: 251202244

(a) defendants, caused or permitted dangerous conditions to exist;

(b) defendants, failed to make a reasonable inspection of the premises, which would have revealed the dangerous condition created by the defendants;

(c) defendants failed to give warning of the dangerous condition and failed to erect barricades or to take any other precautions to prevent injury to the plaintiff;

(d) defendants, failed to remove the defective condition;

(e) defendants, failed to exercise reasonable prudence and due care to keep the premises in a safe condition for the plaintiff;

(f) defendants were otherwise negligent under the circumstances.

20. Defendants, through its employees, servants and agents, either had actual notice of the unsafe and dangerous condition of defendants premises and sufficient time to correct the dangerous condition or that the condition existed for so long a period of time prior to the occurrence that defendant, in the exercise of due care, could and should have known of the unsafe and dangerous condition.

21. Solely as a result of the negligence of the defendants, Plaintiff was caused to suffer various physical injuries, including, but not limited to, a fractured left arm, left hand injuries and lower back injuries.

22. As a direct result of the aforesaid incident, plaintiff suffered severe shock to her nervous system, great physical pain and mental anguish, all of which may continue for an indefinite

period of time in the future.

23. Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries and will continue to do so into the future.

24. As a direct result of the aforesaid incident, plaintiff has been prevented from attending to her usual duties and obligations, and believes that she may be prevented from doing so in the near future, as her injuries are permanent in nature.

25. The negligence of Defendants have caused Plaintiff to suffer a loss of earnings and loss of earning capacity, and will continue to cause Plaintiff to suffer lost earnings for the remainder of her life.

WHEREFORE, Plaintiff, Linda Collins demands judgment against defendants, jointly and severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, and in an amount in excess of the amount requiring compulsory arbitration.

SACCHETTA & FALCONE

By: ______________________________

CRAIG A. FALCONE, ESQUIRE
Attorney for plaintiff

## VERIFICATION

I hereby verify that the statements made in the foregoing document are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements herein are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

SIGNATURE